**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Cesar Armando MEDRANO–GARCIA,
also known as Hector Garcia,
Defendant–Appellant.**

No. 06–30558
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 6, 2007.

Jean Bing Simpson, U.S. Attorney's Office, Eastern District of Louisiana, New Orleans, LA, for Plaintiff–Appellee.

Roma A. Kent, Assistant Federal Public Defender, Federal Public Defender, Eastern District of Louisiana, New Orleans, LA, for Defendant–Appellant.

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM: *

Cesar Armando Medrano–Garcia (Medrano) appeals the 64–month sentence he received following his guilty-plea conviction for illegal reentry, in violation of 8 U.S.C. § 1326. He does not specifically argue that the sentence he received was unreasonable. Instead, he challenges the constitutionality of the presumption of reasonableness this court affords sentences imposed within a properly calculated guidelines range, relying on the Supreme

Court's grant of certiorari in *Rita v. United States,* —— U.S. ——, 127 S.Ct. 551, 166 L.Ed.2d 406 (2006) (No. 06–5754), and *Claiborne v. United States,* —— U.S. ——, 127 S.Ct. 551, 166 L.Ed.2d 406 (2006) (No. 06–5618).

The grant of certiorari in *Rita* and *Claiborne* has no impact on this court's precedent. *See United States v. Short,* 181 F.3d 620, 624 (5th Cir.1999); *see also Ellis v. Collins,* 956 F.2d 76, 79 (5th Cir.1992). Accordingly, the district court's judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.